**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Daniel D. Domenico**

Civil Action No. 1:26-cv-04280-DDD

WILFREDO BUESI,

Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility,

Respondent.

---

# ORDER

---

The petitioner, an immigration detainee at the Denver Contract Detention Facility, applied for a writ of habeas corpus under 28 U.S.C. § 2241 and asked this Court to order his release from immigration custody or, alternatively, a bond hearing. Doc. 1. The respondent reports that U.S. Immigration and Customs Enforcement removed the petitioner to Honduras on October 13, 2026, pursuant to a final order of removal. Doc. 15 at 1-2. The petitioner has not filed a reply disputing that report—his mail has been returned to the Court as undeliverable. Docs. 17, 18. Because the petitioner is no longer in custody, his habeas application is moot.[1] *See Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006).

---

[1] The respondent states that agency fingerprint records identify the petitioner as Wilfredo Buezo-Padilla, which is a variation from the spelling the petitioner used for his surname when he filed this case. An immigration judge ordered the petitioner removed *in absentia* under the name Wilfredo Buezo-Padilla in 2005. Doc. 15 at 2 & nn.2-3; Doc. 16. Despite the variation in the spelling of the petitioner's surname, the respondent confirms that he is no longer in custody.

Accordingly, it is **ORDERED** that:

The Court's Order to Show Cause, Doc. 4, is **DISCHARGED**, and the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, **Doc. 1**, is **DENIED AS MOOT** and **DISMISSED WITHOUT PREJUDICE**; and

The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:



Daniel D. Domenico
United States District Judge